**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MIRNA TOHME,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WALMART, INC.,**<br><br>**Defendant.** | Case No.: 1:24-cv-00067-KES-SKO<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>**(Doc. 15)** |

On November 19, 2024, the appearing parties filed a "Stipulation of Dismissal [FRCP 41(A)]." (Doc. 15.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 20, 2024**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE